PJM: USAO2015R00498

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. JKB-16-0172 |
| | : |
| v. | : (Health Care Fraud, 18 U.S.C. § 1347) |
| | : |
| RYAN DARK WHITE, | : |
| | : |
| Defendant. | : |

...ooOoo...

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

From in or about September 2011 up to and including September 2015, in the District of Maryland,

**RYAN DARK WHITE,**

the Defendant herein, did knowingly and willfully execute, or attempt to execute, a scheme or artifice to defraud and to obtain, by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by, or under the custody or control of a health care program, namely Medicare insurance plan in the amount of $142,911, in connection with the delivery of, or payment for, health care benefits, items or services, in violation of Title 18, United States Code, Section 1347.

18 U.S.C. § 1347

Rod J. Rosenstein  /RJH
_____
Rod J. Rosenstein
United States Attorney

Date:   April 22, 2015