# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

# WAIVER OF INDICTMENT

**UNITED STATES OF AMERICA**

v.

**RYAN DARK WHITE**           CRIMINAL NUMBER: JKB-16-0172

I, **RYAN DARK WHITE**, the above named defendant, who is accused of health care fraud, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this 22nd day of April, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Ryan Dark White
Defendant

_____
Christopher Purpura
Counsel for Defendant

Before: _____
The Honorable James K. Bredar
U.S. District Court Judge