EXHIBIT 1A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13-39 Erie |
| ) | |
| BRIAN M. QUIMBY ) | |

## MEMORANDUM ORDER

Brian Quimby has filed a *pro se* motion [ECF 69] requesting that the Court recommend to the Bureau of Prisons ("BOP") that he be placed in a Residential Re-Entry Center for a period of twelve (12) months prior to the end of his sentence.

It has always been the policy of this Court not to attempt to order the BOP to do anything, although the Court has often made recommendations to the BOP regarding the placement of defendants. Indeed, on Mr. Quimby's Amended Judgment [ECF 61] we stated: "I recommend assignment to a Center as close to this defendant's home in Sarasota, Fl as possible. He is truly a 'white collar' defendant, and I would not expect him to cause any problems wherever he is assigned. He is well educated, computer experienced and may be helpful to any administration."

Assuming there is no objection from the Government, therefore, I will grant Mr. Quimby's Motion and recommend that he be placed in a Residential Re-Entry Center for a period of twelve (12) months prior to the end of his sentence.

July 13, 2016

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Brian Quimby
#34515-068
FCI Miami
PO Box 779800
Miami, FL 33177

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-CR-154-16 |
| v. ) | |
| ) | Judge John W. Darrah |
| TIMOTHY T. JOHNSON, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant filed an unopposed, *pro se* Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement [760]. Defendant's Motion is granted. The Court recommends to the Bureau of Prisons that Defendant be granted the maximum placement time of 12 months in the halfway house. The clerk is directed to mail a certified copy of this order to the Bureau of Prisons at Elkton, P.O. Box 10, Lisbon, OH 44432.

Date:  6/30/2016                               /s/ John W. Darrah