IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-16-0172 |
| RYAN DARK WHITE | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now pending before the Court is the Defendant's MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT (ECF No. 13). The Court has carefully reviewed the Motion. The Court has no basis or reason for differing with the assertions contained in the Motion. However, at this stage of the process, the Court DEFERS to the Bureau of Prisons and their policies with respect to how the sentence should be discharged.

DATED this 26th day of January, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge